IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:04-CR-00166-2H

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) |
| | ) **ORDER** |
| RON CHRISTOPHER WHITLEY, | ) |
| | ) |
| Defendant. | ) |

This matter is before the court on defendant's motion entitled "Amended Judgment and Commitment/Court Order," filed October 31, 2012. During the term of incarceration, payment of all fines is determined by the rules of the Inmate Financial Responsibility Program, a program run solely by the Bureau of Prisons. Therefore, defendant's motion [DE #239] is hereby DENIED.

This 19th day of November 2012.

MALCOLM J. HOWARD
Senior United States District Judge

At Greenville, N.C.
#26