IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:04-CR-166-2H

| UNITED STATES OF AMERICA | ) | |
| --- | --- | --- |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| RON CHRISTOPHER WHITLEY | ) | |

This matter is before the court on defendant's motion to reconsider its prior order denying the motion to amend the judgment regarding payment of fines. Finding no reason to amend its prior order, the motion to reconsider [DE #242] is DENIED.

This 17th day of October 2013.

_____
Malcolm J. Howard
Senior United States District Judge

At Greenville, NC
#26